```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                         April 8, 2021

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:      VPC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA AGUILERA GARCIA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ZERO WASTE SOLUTIONS, INC., a California Corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00805-SB-RAO<br><br>**ORDER OF DISMISSAL** |

The Dismissal of Entire Action with Prejudice of the parties pursuant to Fed. R. Civ. P. 41(a)(A)(ii) having been filed,

IT IS HEREBY ORDERED: This case is dismissed with prejudice with each party to bear its own attorneys' fees and costs. The clerk shall close the file.

DATED: April 8, 2021

STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE

1